

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-07-326-CR

DAVID ASATI ANUNDA                                      APPELLANT

V.

THE STATE OF TEXAS                                          STATE

----------

FROM THE 396TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Appellant's Motion To Dismiss Appeal." The motion is granted. We withdraw the opinion and judgment of October 30, 2008, and dismiss the appeal. *See* Tex. R. App. P. 42.2(b)*;* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: CAYCE, C.J.; WALKER, and MCCOY, JJ.

DO NOT PUBLISH
TEX. R. APP. P. 47.2(b)

---

[1] *See* TEX. R. APP. P. 47.4.

DELIVERED: November 20, 2008